In the Matter of THAD L. KEMPISTY, Petitioner, and MICHAEL KEMPISTY, Appellant, v TOWN OF GEDDES et al., Respondents.

Submitted December 10, 2012; decided May 7, 2013

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 19 NY3d 815 (2012)].

Judge RIVERA taking no part.

NELLA MANKO, Appellant, v BERNARD H. BROOME et al., Respondents.

Submitted April 8, 2013; decided May 7, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of NEW YORK TIMES COMPANY et al., Appellants, v CITY OF NEW YORK POLICE DEPARTMENT, Respondent.

Submitted April 1, 2013; decided May 7, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.